IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARNE SIMPSON, ) | |
| ) | |
| Brings this action on behalf ) | |
| Of the United States of America ) | |
| ) | |
| c/o A. Bryan Albritton ) | CIVIL ACTION NO. 8:10-cv-1580-T17-TGW |
| United States Attorney ) | |
| Middle District of Florida ) | **UNOPPOSED MOTION TO AMEND** |
| ) | **COMPLAINT** |
| ) | |
| And ) | |
| ) | |
| c/o ) | |
| Attorney General of the United ) | |
| States Department of Justice ) | |
| ) | |
| Relator, ) | |
| ) | |
| Vs. ) | |
| ) | |
| HCA, INC., ) | |
| HCA WEST FLORIDA, ) | |
| AN HCA AFFILIATE, BLAKE ) | |
| MEDICAL CENTER, BRANDON ) | |
| REGIONAL HOSPITAL, ) | |
| CENTRAL FLORIDA REGIONAL ) | |
| HOSPITAL, COMMUNITY ) | |
| HOSPITAL, DOCTORS ) | |
| HOSPITAL OF SARASOTA, ) | |
| EDWARD WHITE HOSPITAL, ) | |
| ENGLEWOOD COMMUNITY ) | |
| HOSPITAL, FAWCETT ) | |
| MEMORIAL HOSPITAL, ) | |
| LARGO MEDICAL CENTER, ) | |
| LARGO MEDICAL CENTER – ) | |
| INDIAN ROCKS, NORTHSIDE ) | |
| HOSPITAL & HEART INSTITUTE, ) | |

1

| | |
|---|---|
| **OAK HILL HOSPITAL, OSCEOLA REGIONAL HOSPITAL, REGIONAL MEDICAL CENTER OF BAYONET POINT, SOUTH BAY HOSPITAL, ST. PETERSBURG GENERAL HOSPITAL** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## UNOPPOSED MOTION TO AMEND COMPLAINT

COMES NOW, the Relator, **Marne Simpson**, by and through her undersigned counsel pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, files this Motion to Amend her First Amended Complaint in the above-captioned matter. Relator would aver that no responsive pleading has been served on Relator at this time.

### Local Rule 3.01(g) Certificate of Counsel

Undersigned counsel certifies that he has conferred with Defendants' counsel in a good faith effort to resolve this matter, and Defendants' counsel advised that they do not oppose the requested amendment. Defendants' counsel has reaffirmed this non-opposition in their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Without waiver of any of their rights with respect to the substance of the amendment, Defendants do not oppose Relator's request to amend." p. 2 ¶ 4).

Dated: August 29, 2013  Respectfully submitted,

By: s/ David J. Linesch
**DAVID J. LINESCH, ESQ.**
Florida Bar Number 0376078
*THE LINESCH FIRM, P.A.*
700 Bee Pond Road
Palm Harbor, FL  34683
Telephone: (727) 786-0000
Fax: (727) 786-0974
E-mail: Laborlaw@Lineschfirm.com
Attorney for Plaintiff/Relator

2

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 29, 2013</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                By: s/ David J. Linesch
                **DAVID J. LINESCH, ESQ.**
                Florida Bar Number 0376078
                *THE LINESCH FIRM, P.A.*
                700 Bee Pond Road
                Palm Harbor, FL  34683
                Telephone: (727) 786-0000
                Fax: (727) 786-0974
                E-mail: Laborlaw@Lineschfirm.com
                Attorney for Plaintiff/Relator

**SERVICE LIST**

**Lacy R. Harwell, Jr.**
US Attorney's Office
FLMC Suite 3200
400 N. Tampa St
Tampa, FL 33602
Tel: 813.274.6000
Fax: 813.274.6200
Attorney for Plaintiff the United States of America

**Martin B. Goldberg**
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
**Greg J. Weintraub**
Florida Bar No. 0075741
gweintraub@lashgoldberg.com
LASH & GOLDBERG LLP
100 S.E. Second Street, Ste. 1200
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
Co-counsel for Defendant