IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, *ex rel.* MARNE SIMPSON,

    Plaintiff,

v.

HCA, INC., HCA WEST FLORIDA, AN HCA AFFILIATE; BLAKE MEDICAL CENTER; BRANDON REGIONAL HOSPITAL; CENTRAL FLORIDA REGIONAL HOSPITAL; COMMUNITY HOSPITAL; DOCTORS HOSPITAL OF SARASOTA; EDWARD WHITE HOSPITAL; ENGLEWOOD COMMUNITY HOSPITAL; FAWCETT MEMORIAL HOSPITAL; LARGO MEDICAL CENTER; LARGO MEDICAL CENTER – INDIAN ROCKS; NORTHSIDE HOSPITAL & HEART INSTITUTE; OAK HILL HOSPITAL; OSCEOLA REGIONAL HOSPITAL; REGIONAL MEDICAL CENTER OF BAYONET POINT; SOUTH BAY HOSPITAL; ST. PETERSBURG GENERAL HOSPITAL,

    Defendants.

CASE NO.
8:10-cv-1580-T-17TGW

## NOTICE OF COMPLIANCE WITH
## COURT'S ORDER CONCERNING CM/ECF REGISTRATION

Pursuant to the Court's Order dated October 16, 2013, I, Abid R. Qureshi, as pro hac vice

attorney for Defendants HCA Health Services of Florida, Inc. d/b/a Blake Medical Center;

Galencare, Inc. d/b/a Brandon Regional Hospital; Central Florida Regional Hospital, Inc. d/b/a

Central Florida Regional Hospital; New Port Richey Hospital, Inc. d/b/a Community Hospital (now known as Medical Center of Trinity); Sarasota Doctors Hospital, Inc. d/b/a Doctors Hospital of Sarasota; Edward White Hospital, Inc. d/b/a Edward White Hospital; Englewood Community Hospital, Inc. d/b/a Englewood Community Hospital; Fawcett Memorial Hospital, Inc. d/b/a Fawcett Memorial Hospital; Largo Medical Center, Inc. d/b/a Largo Medical Center; Largo Medical Center, Inc. d/b/a Largo Medical Center – Indian Rocks; Galencare, Inc. d/b/a Northside Hospital & Heart Institute; HCA Health Services of Florida, Inc. d/b/a Oak Hill Hospital; Osceola Regional Hospital, Inc. d/b/a Osceola Regional Hospital; HCA Health Services of Florida, Inc. d/b/a Regional Medical Center of Bayonet Point; Sun City Hospital, Inc. d/b/a South Bay Hospital; Galen of Florida, Inc. d/b/a St. Petersburg General Hospital; and HCA Inc. (collectively, "Defendants")[1] in the above-captioned case, hereby give notice that, on October 24, 2013, I registered with CM/ECF and subsequently entered the following e-mail address in my CM/ECF account:

>abid.qureshi@lw.com

I understand that I shall receive system-generated notices of electronic filing at the aforesaid e-mail address.

Dated: November 15, 2013

s/Abid R. Qureshi
Abid R. Qureshi (*pro hac vice*)
District of Columbia Bar No. 459227
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
abid.qureshi@lw.com

*Attorney for Defendants*

---

[1] The Complaint also lists "HCA West Florida, an HCA affiliate" as a named defendant.  HCA West Florida is a d/b/a name of West Florida Division, Inc., an incorporated division of Defendant HCA, Inc.  Neither HCA West Florida nor West Florida Division, Inc. has been served with the Complaint.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 15, 2013, a copy of this instrument was electronically filed with the United States District Court for the Middle District of Florida, Tampa Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all counsel of record and mailed by United States Postal Service to all non-CM/ECF participants.

                                                                       s/ Abid R. Qureshi
                                                                       Abid R. Qureshi

## **SERVICE LIST**

David J. Linesch, Esq.
laborlaw@lineschfirm.com
The Linesch Firm
700 Bee Pond Rd
Palm Harbor, FL 34683
Tel: 727.786.000
Fax: 727.786.0974
*Attorney for Plaintiff Marne Simpson*

Lacy R. Harwell, Jr.
Randy.harwell@usdoj.gov
U.S. Attorney's Office – FLM
Suite 3200
400 N. Tampa St
Tampa, FL 33602
Tel: 813.274.6000
Fax: 813.274.6200
*Attorney for USA*