IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, *ex rel.*
MARNE SIMPSON,

    Plaintiff,

v.

HCA Inc. *et al.*,

    Defendants.

8:10-cv-1580-EAK-TGW

## JOINT MOTION FOR DISMISSAL
### (With Incorporated Memorandum of Law)

Comes now the Relator-Plaintiff, Marne Simpson ("Simpson"), and the Defendants, HCA Inc., West Florida Division, Inc., HCA Health Services of Florida, Inc. d/b/a Blake Medical Center, Galencare, Inc. d/b/a Brandon Regional Hospital, Central Florida Regional Hospital, Inc. d/b/a Central Florida Regional Hospital, New Port Richey Hospital, Inc. d/b/a Community Hospital (now known as Medical Center of Trinity), Sarasota Doctors Hospital, Inc. d/b/a Doctors Hospital of Sarasota, Edward White Hospital, Inc. d/b/a Edward White Hospital, Englewood Community Hospital, Inc. d/b/a Englewood Community Hospital, Fawcett Memorial Hospital, Inc. d/b/a Fawcett Memorial Hospital, Largo Medical Center, Inc. d/b/a Largo Medical Center,

Largo Medical Center, Inc. d/b/a Largo Medical Center — Indian Rocks, Galencare, Inc. d/b/a Northside Hospital & Heart Institute, HCA Health Services of Florida, Inc. d/b/a Oak Hill Hospital, Osceola Regional Hospital, Inc. d/b/a Osceola Regional Hospital, HCA Health Services of Florida, Inc. d/b/a Regional Medical Center of Bayonet Point, Sun City Hospital, Inc. d/b/a South Bay Hospital, Galen of Florida, Inc. d/b/a St. Petersburg General Hospital ("HCA"), by their undersigned counsel, pursuant to 31 U. S. C. § 3730(b)(1), and move this Court for entry of an Order dismissing Count I without prejudice and dismissing Count II with prejudice. As grounds for this motion, the parties state as follows:

1. This is a *qui tam* action filed under the federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.* on July 19, 2010. On June 24, 2013, the United States filed its *Notice of Election to Decline Intervention.*

2. Simpson and HCA have resolved all other claims between them, and specifically, the claim of Simpson's employment.

3. Under the terms of the settlement agreement, Simpson has agreed to dismiss, WITH PREJUDICE as to Count I and WITH PREJUDICE, as to Count II. The dismissal of Count I is WITHOUT PREJUDICE as to the United States. The settlement amount paid to Simpson is not related to Count I of the complaint.

4. The parties respectfully request this Court to consent to the dismissal of this action because Simpson and HCA have settled all other claims, and the interest of the United States is protected in that dismissal of Count I is WITHOUT PREJUDICE.

## MEMORANDUM OF LAW

The federal False Claims Act permits dismissal "only if the court and the Attorney General given written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1); *see United States ex rel. Dimartino v. Intelligent Decisions, Inc.*, 308 F.Supp. 2d 1318, 1320 (M.D. Fla. 2004). Counsel for Simpson and the Defendant have conferred with Counsel for the United States, who will file a *Notice of Consent* to this *Joint Motion* upon the filing of this *Motion*. The Court should likewise consent because the dispute between Simpson and HCA has been amicably settled. Moreover, the interest of the United States is protected in that dismissal of Count I – the only count in which the United States is the real party in interest – is without prejudice.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an Order dismissing Count I without prejudice and dismissing Count II with prejudice.

Dated: 2/11/14

Respectfully submitted,

David J. Linesch, Esq.
laborlaw@lineschfirm.com
**THE LINESCH FIRM, P.A.**
700 Bee Pond Rd
Palm Harbor, FL 34683
Tel: 727.786.000
Fax: 727.786.0974

*Attorney for Plaintiff Marne Simpson*

/s/ Martin B. Goldberg
Martin B. Goldberg
Florida State Bar No. 0827029
**LASH & GOLDBERG LLP**
Miami Tower
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Telephone: (305) 347-4040
Facsimile: (305) 347-4050
Email: mgoldberg@lashgoldberg.com

and

**LATHAM & WATKINS LLP**
Alice S. Fisher
alice.fisher@lw.com
Abid R. Qureshi
abid.qureshi@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
(not yet admitted *pro hac vice*)

*Attorneys for Defendants*