**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,
*ex rel*., MARNE SIMPSON,

    Plaintiff,

vs.                                    CASE NO. 8:10-CIV-1580-T-EAK-TGW

HCA, INC., et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION**

    This cause is before the Court on the joint motion for dismissal (Doc. 17) and the United States's consent to joint motion for voluntary dismissal, so long as the dismissal is without prejudice to the claims of the United States. (Doc. 18). Accordingly, it is

    **ORDERED** that the joint motion for dismissal (Doc. 17) be **granted** so that Count I is dismissed without prejudice and Count II is dismissed with prejudice. The dismissal is without prejudice to the claims of the United States.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 13th day of February, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record